The order below is hereby signed.

Signed: December 23 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Case No. 24-00345-ELG** |
| **2626 Penn LLC,** <br> **Debtor.** | **Chapter 11** |

**ORDER ON MOTION FOR SANCTIONS**

On October 22, 2025, the Court held a hearing (the "Hearing") on several matters, including the *Motion for Sanctions* (the "Motion") (ECF No. 157) filed by Edson Holdings LLC and its affiliates (collectively, "Edson"). The Motion seeks sanctions against 2626 Penn LLC (the "Debtor") based on its willful failure to answer discovery. Specifically, on September 9, 2025, Edson issued both a timely Request for Production of Documents and Interrogatories (collectively, the "Discovery") to the Debtor. The Discovery was timely and appropriately served on Debtor's counsel that same date. The Debtor failed to respond to the Discovery by the deadline of October 9, 2025. One week after the deadline, on October 16, 2025, counsel for Edson sent a meet and confer communication to the Debtor. The Motion was filed the next day after the meet and confer was not successful.[1] An order granting an expedited hearing on the Motion was granted,

[1] Counsel for the Debtor responded that they could discuss on October 20, 2025, just two days before the hearing on the underlying matter.

scheduling a hearing on the same date and time as the underlying motion to approve settlement to which the discovery was related. *See Motion for Approval of Compromise and Settlement Between the Debtor and Claimants, Ronald Eichner and Homegrown Legacy, LLC*, ECF No. 149 (the "Settlement Motion").

The day prior to the Hearing, the Debtor docketed a request to withdraw the Settlement Motion. ECF No. 162. At the Hearing, the Court authorized the withdrawal, but noted that such withdrawal did not moot or mitigate the issues raised in the Motion. Upon consideration of the Motion at the Hearing, counsel for the Debtor was unable to offer any substantive defense. It is clear to the Court that the failure to respond to the Discovery was due to the Debtor's intentional non-compliance with counsel and failure to assist in its own case. Therefore, the Court finds that the evidence is clear and convincing that the Debtor's actions are indefensible and it acted in bad faith by failing to cooperate with counsel and failing to respond to the validly issued Discovery by Edson. As a sanction for such conduct, Edson is entitled to an award against the Debtor in the amount of reasonable attorneys' fees related to (i) the issuance of the Discovery; (ii) the time expended meeting the meet and confer requirement; (iii) the Hearing; and (iv) preparation of a statement of fees. Fed. R. Civ. P. 37(b)(2)(C); Fed. R. Bankr. P. 7037 (incorporating Fed. R. Civ. P. 37 by reference). At the conclusion of the Hearing, the Court ordered Edson to file a statement of fees for the Court's consideration.

On November 7, 2025, Edson filed a *Statement of Attorney Fees* (the "Fee Statement") seeking fees for both Brown Rudnick LLP ("Brown Rudnick") and Washington Global Law Group PLLC ("WGLG"). ECF 168. No response was filed to the Fee Statement by any party. The Fee Statement seeks a total award of $63,504.05 against the Debtor, with $42,695.05 for Brown Rudnick and $20,809.00 to WGLG. The Court has conducted an independent review of the Fee

Statement and all the exhibits thereto. Specifically, the Court reviewed the time entries of both requesting parties for (i) relatedness of services to the discovery request and the Debtor's failure to respond; (ii) duplication of services; and (iii) reasonableness. Based upon the Court's review, it finds that an aggregate award of $12,500.00 is appropriate in this matter, divided $10,000.00 to Brown Rudnick and $2,500.00 to WGLG.

Therefore, for the reasons stated herein, it is hereby **ORDERED, AFFIRMED,** and **DECREED** that:

1. The Motion is **GRANTED**, in part, due to the Debtor's intentional failure to respond the Discovery. As a sanction for non-compliance, the Court awards aggregate attorneys' fees of $12,500 to counsel for Edson, divided $10,000 to Brown Rudnick and $2,500 to WGLG. Such award is a judgment against the Debtor in favor of counsel for Edson, with interest as of the date of entry of this Order.

2. The balance of the relief requested in the Motion is **DENIED**.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice.

United States Bankruptcy Court
District of Columbia

In re: Case No. 24-00345-ELG
2626 Penn LLC Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Dec 23, 2025 Form ID: pdf001 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | 2626 Penn LLC, c/o VPM 2626 LLC, 7315 Wisconsin Avenue, Suite 400W, Bethesda, MD 20814-3224 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2025 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alan D. Eisler | on behalf of Creditor Ronald Eichner aeisler@e-hlegal.com alaneisler@gmail.com |
| Alan D. Eisler | on behalf of Creditor Homegrown Legacy LLC aeisler@e-hlegal.com, alaneisler@gmail.com |
| Alan D. Eisler | on behalf of Defendant Ronald Eichner aeisler@e-hlegal.com alaneisler@gmail.com |
| Alan D. Eisler | on behalf of Defendant Daniel Eichner aeisler@e-hlegal.com alaneisler@gmail.com |
| Alan D. Eisler | on behalf of Defendant Homegrown 2626 LLC aeisler@e-hlegal.com, alaneisler@gmail.com |
| Craig Palik | on behalf of Debtor In Possession 2626 Penn LLC cpalik@mhlawyers.com |

| | |
|---|---|
| | cpalik@yahoo.com;mevans@mhlawyers.com;cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com |
| Daniel J. Healy, I | on behalf of Creditor Edson Holdings LLC dhealy@brownrudnick.com taxelrod@brownrudnick.com |
| David Simson Musgrave | on behalf of Creditor MainStreet Bank dmusgrave@gfrlaw.com jojones@gfrlaw.com |
| Deborah Lucy Edney | on behalf of Interested Party Morningstar Community Develpment LLC debbieedney@parkerpoe.com courtneyvolz@parkerpoe.com |
| Emil Hirsch | on behalf of Creditor DC Water and Sewer Authority ehirsch@carltonfields.com wdcecf@cfdom.net;ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com |
| Janet M. Nesse | on behalf of Debtor In Possession 2626 Penn LLC jnesse@mhlawyers.com jfasano@mhlawyers.com;tmackey@mhlawyers.com;nesse.janetr92003@notify.bestcase.com |
| Kevin Robert Feig | on behalf of Debtor In Possession 2626 Penn LLC kfeig@mhlawyers.com bankruptcyva@mwc-law.com;cmartin@mhlawyers.com;jnesse@mhlawyers.com;tmackey@mhlawyers.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Max Francis Maccoby | on behalf of Creditor Edson Holdings LLC maccoby@washglobal-law.com |
| Max Francis Maccoby | on behalf of Plaintiff Edson Holdings LLC maccoby@washglobal-law.com |
| Stephen A. Metz | on behalf of Interested Party Global Phoenix LLC smetz@offitkurman.com, mmargulies@offitkurman.com;lydia.yale@offitkurman.com |
| Steven L. Goldberg | on behalf of Debtor In Possession 2626 Penn LLC mdbklaw@outlook.com |
| Tristan G. Axelrod | on behalf of Creditor Edson Holdings LLC taxelrod@brownrudnick.com |
| Tristan G. Axelrod | on behalf of Plaintiff Edson Holdings LLC taxelrod@brownrudnick.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 20