**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**2626 Penn LLC,**<br><br>**Debtor.** | **Case No. 24-00345-ELG**<br><br>**Chapter 11** |

**STIPULATION OF WITHDRAWAL OF U.S. TRUSTEE'S MOTION TO DISMISS CHAPTER 11 CASE**

Please take notice that Matthew W. Cheney, Acting United States Trustee for Region 4, and 2626 Penn LLC, by counsel, hereby stipulate to the withdrawal of the United States Trustee's Motion to Dismiss Chapter 11 Case filed on March 9, 2026 (Doc. No. 171). Please remove the Motion from this Court's April 22, 2026 docket.

April 20, 2026

MATTHEW W. CHENEY
ACTING U.S. TRUSTEE, REGION 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

And

/s/ Janet M. Nesse (by KSE with permission via email)
Janet M. Nesse (DC Bar 358514)
McNamee Hosea, P.A.
6404 Ivy Lane, Suite 820
Greenbelt, Maryland 20770
Phone: (301) 441-2420
Email: jnesse@mhlawyers.com
*Counsel for the Debtor*

**Certificate of Service**

I hereby certify that on April 20, 2026, I electronically filed the foregoing Stipulation with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Tristan G. Axelrod taxelrod@brownrudnick.com

Deborah Lucy Edney debbieedney@parkerpoe.com, courtneyvolz@parkerpoe.com

Alan D. Eisler aeisler@e-hlegal.com, alaneisler@gmail.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Kevin Robert Feig kfeig@mhlawyers.com, bankruptcyva@mwc-law.com;cmartin@mhlawyers.com;jnesse@mhlawyers.com;tmackey@mhlawyers.com

Steven L. Goldberg mdbklaw@outlook.com

Daniel J. Healy, I dhealy@brownrudnick.com, taxelrod@brownrudnick.com

Emil Hirsch ehirsch@carltonfields.com, wdcecf@cfdom.net; ewhittington@carltonfields.com;ACinca@carltonfields.com;lierardi@carltonfields.com

Max Francis Maccoby maccoby@washglobal-law.com

Stephen A. Metz smetz@offitkurman.com, mmargulies@offitkurman.com

David Simson Musgrave dmusgrave@gfrlaw.com, jojones@gfrlaw.com

Janet M. Nesse jnesse@mhlawyers.com, sgoldberg@mhlawyers.com; kfeig@mhlawyers.com; jnesse@ecf.inforuptcy.com;smilner@mhlawyers.com;cmartin@mhlawyers.com;tmackey@mhlawyers.com

Craig Palik cpalik@mhlawyers.com, cpalik@yahoo.com; mevans@mhlawyers.com; cpalik@ecf.inforuptcy.com;cmartin@mhlawyers.com;palik.craigr92003@notify.bestcase.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist